FILED
2022 MAY 4 PM 2:55
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4264 • Facsimile: (435) 634-4272

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| MIGUEL ANGEL BENITEZ-ESPINOZA, | : | |
| Defendant. | : | Case: 4:22−cr−00048<br>Assigned To : Nuffer, David<br>Assign. Date : 5/4/2022<br>Description: USA v. Benitez−Espinoza |

---

The United States Attorney charges:

<u>COUNT I</u>

On or about October 13, 2021, in the Central Division of the District of Utah,

MIGUEL ANGEL BENITEZ-ESPINOZA,

the defendant herein, an alien who on or about May 27, 2010, September 17, 2013, and November 18, 2017, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland

Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 4th day of May, 2022.

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney